# JARED L. ZWICKEY

*288 Everett Huff Road, Old Town, Idaho, 83822 • (209) 321-9688*

## POLICE ACADEMY

1968 Los Medanos Regional Training Facility, Concord, CA

## EDUCATION

DIABLO VALLEY COLLEGE, PLEASANT HILL, CA
*1970, AA Degree, Police Science Major*

GOLDEN GATE UNIVERSITY, SAN FRANCISCO, CA
*1977, BA Degree, Criminal Justice Major*

CALIFORNIA STATE UNIVERSITY, HAYWARD, CA
*1980, 19 Units, Public Administration Major*

POST COMMAND COMAND COLLEGE, SAN LUIS OBISPO, CA *1987, Organizational Leadership Major*

FBI NATIONAL ACADEMY, QUANTICO, VIRGINIA
*1988, Organizational Leadership Major*

UNIVERSITY OF VIRGINIA
*1988, 15 Units, Administration of Justice*



## LAW ENFORCEMENT & TEACHING EXPERIENCE

**CITY OF CONCORD**
*Police Reserve Officer (1965-1967) (2005-2007) (2007-2009)*
*Police Officer          1967-1977*
*Police Corporal         1977*
*Police Sergeant         1977-1982*
*Police Lieutenant       1982-1991*
*Police Captain          1991-1993*

**CITY OF TRACY** - *Police Chief, 1993-1997*

**CITY OF LODI -** *Police Reserve Officer    2005-2007*

**CONTRA COSTA COMMUNITY COLLEGE DISTRICT-***Defensive Tactics Instructor, 1974-1993*

**COUNTY OF STANISLAUS** – *Stanislaus County Sheriff - Reserve Sheriff Deputy, 2007-2009*

**YOSEMITE COMMUNITY COLLEGE DISTRICT** - *Administration of Justice Instructor*

**LOS MEDANOS COMMUNITY COLLEGE DISTRICT** - *Administration of Justice Instructor*

**SAN JOAQUIN COUNTY DELTA COLLEGE –** *DIRECTOR OF PUBLIC SAFETY/ADMINISTRATION OF JUSTICE TRAINING PROGRAMS & POLICE CHIEF – 1997 TO 2011–Administration of Justice Associate Professor2011-2020, California Licensed Private Investigator*

1

## LAW ENFORCEMENT TRAINING

| | |
|---|---|
| 1967- Civil Defense Emergency Course | 2001 - POST Unmarked Vehicle Ops – V |
| 1969 -Weaponless Defense Instructor Course | 2001 - POST CDL Falsifications-V |
| 1970 - K-9 Training Course | 2001 - POST Building Search Techniques-V |
| 1971 - CHP Motorcycle Training School | 2001 - POST Jail/Courtroom Searches-V |
| 1972 - Federal Narcotics & Dangerous Drugs | 2001 - POST Domestic Violence-V |
| 1973 - Polygraph Examiner Course | 2002 - POST Instructor Symposium - LA |
| 1973 - FBI Firearms Instructor Course | 2002 - POST Legal Update- V |
| 1973 - Executive Development Course | 2002 - POST Voluntary Instructor Update |
| 1974 - Police Self Defense Institute | 2003 - POST Anti-Reproductive Crimes-V |
| 1975 - Techniques of Teaching | 2003 - POST Case Law Update-V |
| 1975 - Sergeant Supervisory Training | 2003 - POST Vehicle Theft -V |
| 1976 - FBI Basic SWAT Training | 2003 - POST PC 832 Workshops |
| 1977 - FBI Firearms Instructor Course | 2003 - POST Recognizing Terrorism-V |
| 1978 - Baxter School of Lie Detection | 2003 - POST Public Safety Dispatcher-V |
| 1978 -Traffic Program Management Institute | 2003 - POST Achieving Training-V |
| 1979 - Police Dog Handlers Course | 2003 - Crowd Management-V |
| 1980 - Police Management Course | 2003 - Civil Disobedience-V |
| 1981 - Police Dog Training | 2003 - POST Leadership & Supervision-V |
| 1981 - Supervising Traffic Control | 2003 - POST 832 Arrest/Control/Firearms |
| 1982 - Scent Detection Training | 2003 - POST Use of Chemical Agents (D) |
| 1982 - Basic Traffic Accident Investigation | 2004 - POST Basic IA Investigations |
| 1982 - K-9 Training in Europe, Canada | 2004 - POST Case Legal Update (D) |
| 1983 - K-9 Training in Europe | 2004 - POST Racial Profiling Trainer |
| 1983 - Side Handle Baton Instructors Course | 2004 - Pistol Qualification (832pc) |
| 1986 - Records Management Training | 2005 - POST Warrant Service/Searches (D) |
| 1986 - Property Management Training | 2005 - POST Preliminary Investigations (D) |
| 1986 - Middle Management Training | 2005 - POST Use of Force (D) |
| 1987 - Critical Incident Management/Tactics | 2005 - Gang Members (D) |
| 1987 - California Command College | 2005 - Illegal Street Racing & Sideshow (D) |
| 1988 - Earthquake Preparedness | 2005 - Domestic Violence Update (D) |
| 1988 - FBI National Academy | 2005 - Firearms Seizure and Disposition (D) |
| 1989 - Police Facility Design & Construction | 2005 - Case Law Today - April - June (D) |
| 1990 - Vice/Narcotics Commander's Course | 2005 - Pistol/Long Rifle Qualification |
| 1995 - Executive Development Course | 2006 - Legal Update (D) |
| 1995 - OJJDP Gang/Drug Policy Training | 2006 - Case Law Today (D) |
| 1995 – Non-Lethal Weapons - Instructor | 2006 - Terrorism - Suicide Bombers (D) |
| 1997 - POST Monthly Video Training | 2006 - Case Law Today (D) |
| 1998 - POST Monthly Video Training | 2006 - Custodial & Courtroom Security (D) |
| 1998 - POST Basic Academy-Director | 2006 - Instructor Development Training |
| 1998 - POST Firearms Training Seminar | 2006 - Electronic & Projectile Weapons |
| 1998 - POST 1998 Legal Update | 2006 - Shock Knife Instructor Certification |
| 1999 - POST 1999 Legal Update | 2007 - Legal Update |
| 1999 - POST Monthly Video Training | 2007 - NIMS & SIMS Mandated Training |
| 1999 - POST Suicide By Cop - V | 2008 - LEGAL UPDATE |
| 1999 - POST Viol in a Workplace -V | 2008 - Firearms Training DSS Qualification |
| 2000 - POST Domestic Violence, | 2008 - Driver Training Update |
| POST- Preliminary Investigation Course -V | 2009 - Perishable Skills Training |
| 2000 - POST Instructor Symposium | 2009 –Diagnostic Training for Firearms |
| 2000 - POST Monthly Video Training | 2009 - NIMS/SIMS Levels of Training |
| 2001 - POST Verbal Judo Techniques | 2009 – Human Dynamics/Behavioral Science |
| 2001 - POST Positional Asphyxiation-V | 2009 – Firearms Scenario Training |

2009 – X26 Taser Recertification Training
2009 – Pistol, M-4, LT-Shotgun

## LAW ENFORCEMENT TRAINING

2010 - Legal Update & Firearms Qualification
2010 - Human Performance Factors Instructor Certification Course
2012 – TECLOSE - Intermediate Search & Seizure –Houston Texas
2012 – DCPD Firearms Qualifications
2012 – Legal Update
2013 – Legal Update
2013 – Firearms Qualifications/Use of force
2013 – Best Practices of Good Training
2013 – Learners First: Facilitation Skills for Learner-Centered Instruction
2013 – Target Your Teaching
2013 – POST - Mental Health Update
2013 – Idaho POST Excited Delirium Instructor's Course
2014 – Stress Management
2014- Firearms Qualification
2014 – Crowd Control Management
2014 – First Aid/CPR Certification
2015 – Legal Update
2015 – Agonal Breathing Problems
2015 – First Aid/CPR Certification
2015 – Firearms Qualification
2015 - Force Science- Understanding Body Cameras
2016 – Firearms Qualification
2016 – Agonal Breathing
2016 – Legal Update
2017 – Legal Update
2017 – Firearms Qualification
2017 – Initial Response to Critical Situations
2017 – Surviving Deadly Assaults
2017 – Biased Based Policing
2017 – Human Trafficking
2017 - Crowd Control Strategies
2017 - Firearms Qualification
2018 - First Aid/CPR Certification
2019 – Legal Update Training
2019 – De escalation Training
2019 – Safe Streets Encounters – Human Performance Dynamics & The Law
2019 - Firearms Qualification/Use of Force Update
2020 - Firearms Qualification/Use of Force
2020 - Legal Update

3

## CALIFORNIA P.O.S.T. CERTIFICATES

**BASIC, INTERMEDIATE, ADVANCED, SUPERVISION, MANAGEMENT, EXECUTIVE, COMMAND COLLEGE. FIREARMS, DEFENSIVE TACTICS, IMPACT WEAPONS, LESS LETHAL WEAPONS, NARCOTICS & DANGEROUS DRUGS, ADVANCED NARCOTICS & DANGEROUS DRUGS, ACADEMY DIRECTOR, RACIAL PROFILING, ACADEMY INSTRUCTOR OF PERISHABLE SKILLS.**

## FIELDS OF EXPERTISE

| | |
|---|---|
| Arrest and Control Techniques | Detentions, Stop & Frisk, Laws of Arrest |
| Defensive Tactics/Field Tactics | Less than Lethal Weapons |
| High and Low Risk Stop Techniques | K-9 Training, Tactics, Program Management |
| SWAT Tactics & Management | Tactical Use of Firearms |
| Critical Scene Management | Law Enforcement Policies and Practices |
| Use of Force/Executive Protection | Property/Evidence Management |
| Impact and Dangerous Weapons | Criminal and Administrative Investigations |
| Riot and Crowd Control | Search Warrants & Consent Searches |
| Tactical Communications | Narcotic Dog Detection, Training |
| Transportation of Prisoners | Law Enforcement Policies and Procedures |
| Restraint Devices | Supervision and Leadership |
| Dealing with the Emotionally Disturbed | Response to Critical Incidents |
| Narcotics and Dangerous Drugs | Traffic Management/Accident Investigation |

## INSTRUCTOR/CONSULTANT EXPERIENCE

CHIEF ZWICKEY HAS BEEN AN INSTRUCTOR IN THE LAW ENFORCEMENT COMMUNITY SINCE 1967. HE HAS INSTRUCTED AT LOS MEDANOS COLLEGE IN PITTSBURG, CA, FROM 1974 TO PRESENT, OHLONE COLLEGE, CALIFORNIA STATE UNIVERSITY LONG BEACH, INSTITUTE OF TECHNOLOGY, MODESTO JR. COLLEGE AND DELTA COLLEGE. CHIEF ZWICKEY PROVIDED K-9 OFFICER SURVIVAL TRAINING TO OFFICERS FROM NUMEROUS LAW ENFORCEMENT AGENCIES AT THE CALIFORNIA INSTITUTE AT SAN LUIS OBISPO. HE IS ALSO A SUBJECT MATTER EXPERT CONSULTANT TO THE COMMISSION ON CALIFORNIA PEACE OFFICER AND TRAINING. HE HAS CONDUCTED TRAINING FOR THE F.B.I., MEMBERS OF THE UNITED STATES ARMED SERVICES AND THE FOLLOWING LAW ENFORCEMENT/GOVERNMENT AGENCIES:

| | |
|---|---|
| **FREMONT POLICE DEPARTMENT** | **RICHMOND POLICE DEPARTMENT** |
| **UNIVERSITY OF CALIFORNIA POLICE** | **VACAVILLE POLICE DEPARTMENT** |
| **BERKELEY POLICE DEPARTMENT** | **HAYWARD POLICE DEPARTMENT** |
| **GLENDALE POLICE DEPARTMENT** | **SAN LEANDRO POLICE DEPARTMENT** |
| **HUMBOLDT COUNTY SHERIFF'S DEPT.** | **CONTRA COSTA SHERIFF'S DEPT.** |
| **LOS ANGELES SHERIFF'S DEPARTMENT** | **NAPA POLICE DEPARTMENT** |
| **CSTI FOR OFFICER SURVIVAL** | **NAPA COUNTY SHERIFF'S DEPT.** |
| **LOS ANGELES POLICE DEPARTMENT** | **LODI POLICE DEPARTMENT** |
| **SAN DIEGO POLICE DEPARTMENT** | **ANTIOCH POLICE DEPARTMENT** |
| **EL MONTE POLICE DEPARTMENT** | **POMONA POLICE DEPARTMENT** |
| **ROSEVILLE POLICE DEPARTMENT** | **EL MONTE POLICE DEPARTMENT** |
| **MODESTO POLICE DEPARTMENT** | **SUSD POLICE DEPARTMENT** |
| **SAN FRANCISCO POLICE DEPARTMENT** | **FEDERAL BUREAU OF INVESTIGATION** |

## COURT CERTIFICATION AS AN EXPERT WITNESS

**A.C. V. CITY OF SANTA CLARA**-PROBABLE CAUSE, LE PRACTICES, USE OF FORCE (2017) U.S. District Court, Northern District of California Case: C-13-3276 AC Minor by his Guardian Ad Liten & Mark Calhoun v. City of Santa Clara

**COATS V HARRIS COUNTY TEXAS** – USE OF FORCE, PROBABLE CAUSE, LE PRACTICES (MAY 2017) District Court of Harris County 61st Judicial District, Houston, Texas (Case #2-012-5521) Barbara Coates Representing the Estate of Jamail J. Amron v. Harris County Constable's Office Precinct $4

5

## DEPOSITIONS PROVIDED

**JANICE BARNES V. HARRIS COUNTY TEXAS** – USE OF FORCE, LE PRACTICES & PROCEDURES, PROBABLE CAUSE
CASE: 2017-86034
129TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS

**EVANS V. CITY OF VALLEJO**– USE OF FORCE, POLICE PRACTICES AND PROCEDURES
CASE: CV-1619-TLN-AC   APRIL 24-2019
2:17-CV-01619; UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

**MAJOR V COUNTY OF SAN JOAQUIN, CA** – PROBABLE CAUSE, USE OF FORCE, LE PRACTICES & PROCEDURES
CASE: STK-CV-UCR-2014-0009700   JULY 18, 2019