# EXHIBIT A

**Keith Allen Howse, JD, CPP**
99 Trophy Club Drive
Trophy Club, Texas 76262
(817) 988-8443

---

**Education**      Texas Wesleyan University School of Law (Now Texas A&M University School of Law) – Fort Worth, Texas
Juris Doctor – 1998

University of Texas at Arlington – Arlington, Texas
Bachelor of Arts in Criminology and Criminal Justice – 1995

Del Mar College – Corpus Christi, Texas
Associate of Applied Sciences in Police Science - 1980

Institute for Law Enforcement Administration – Plano, Texas
School of Police Supervision – 1990

**Professional Experience**

Howse & Associates
99 Trophy Club Drive
Trophy Club, Texas 76262

**Principal Consultant & Investigator (2007 – Present)**
Provide professional security and law enforcement management consulting services, along with criminal and civil investigative services, for private and governmental clients throughout Texas and the United States. Serve as subject matter expert in State and Federal Courts on issues involving security, law enforcement and public safety practices. Conduct background investigations for United States Government civilian and law enforcement personnel, US military service members and Federal contractors requiring national security clearances.

Baylor Health Care System (Now Baylor/Scott & White Health)
Department of Public Safety
3500 Gaston Avenue
Dallas, Texas 75246 (1982 - 2007)

**Director - Public Safety/Assistant Chief of Police (1997 - 2007)**
Managed a comprehensive public safety program including law enforcement, security management, investigations, parking facility and traffic management as well as fire safety and emergency planning programs. and was responsible for eleven million dollar annual operating budget and annual capital budget. Provided senior leadership to 250 personnel of a campus police agency, serving two Planned Development Districts near downtown Dallas, Texas and 14 geographically diverse campus communities throughout North Texas. These portfolios consisted of medical, academic, commercial, high-rise office, retail, multi-family residential, hotel, parking

(30,000 public and private spaces including 12 valet stations), and special use properties such as data centers, heliports, nuclear facilities, and research labs.

**Captain of Police (1991 - 1997)**
Directed and managed personnel in the Support Services Division, including Training and Personnel, Firearms, Crime Prevention and Fire Prevention, and Security Technology Applications including cameras, electronic access control, alarms, perimeter controls and special security programs.  Additional duties included planning and research, quality assurance and community services programs. Instructed basic and in-service public safety related training programs to all security and police personnel. Served as training manager and emergency management coordinator for natural and civil disasters.

**Lieutenant of Police (1986 - 1991)**
Managed the crime prevention and fire prevention unit as well as Parking & Traffic Division. Conducted fire/life safety inspections and educational programming for high rise safety planning. Managed recruiting and applicant testing to establish a qualified and diverse public safety workforce and conducted criminal investigations as assigned.  Served as a patrol commander supervising one watch of police and public service officers. Performed as Field Training Officer for new recruits. Provided patrol services and approved all arrests and criminal offense reports.

**Corporal/Emergency Medical Technician - Field Training Officer (1985 - 1986)** Provided field training to new officers and functioned as weekend patrol supervisor.  Prepared and reviewed daily incident reports and handled citizen complaints and inquiries.  Performed routine patrol and first response emergency medical duties and criminal investigations as needed.

**Public Service Officer (Security Officer) (1982 - 1985)**
Patrolled designated areas on foot and in marked patrol vehicles to deter and respond to criminal and emergency medical incidents. Prepared detailed written reports concerning arrests and testified in court as necessary.   Provided customer service such as motorist assistance, safety escorts and general assistance to members of the campus community. Served as relief communications center operator/dispatcher.


Braniff International Airways, Inc.
Dallas-Fort Worth Airport, Texas (1981 - 1982)

Note: The Company was declared bankrupt and dissolved in late 1980s.

**Lead Trainer  (December 1981- March 1982)**
Provided FAA approved security training to security screeners on the recognition and detection of weapons and explosives concealed on passengers and in passenger luggage.

**Security Screener  ( January 1981- December 1981)**
Screened passengers and baggage for dangerous items, weapons, explosives and other prohibited materials at terminal security checkpoints.


**Licenses and Certifications**

| | |
|---|---|
| Master Peace Officer Certification | Texas Commission on Law Enforcement |
| Advanced Peace Officer Certification | Texas Commission on Law Enforcement |

| | |
|---|---|
| Intermediate Peace Officer Certification | Texas Commission on Law Enforcement |
| Basic Peace Officer Certification | Texas Commission on Law Enforcement |
| Police Instructor | Texas Commission on Law Enforcement |
| Crime Prevention Inspector | Texas Commission on Law Enforcement |
| Certified Protection Professional (CPP) | ASIS International |
| Attorney & Counselor at Law | State Bar of Texas |
| Qualified Security Manager | Texas DPS Private Security Bureau |
| Private Investigator | Texas DPS Private Security Bureau |

**Professional Awards & Recognition**

Live-Saving Award
Meritorious Conduct Award
Academic Achievement Award
Director's Award
IACP Civil Rights Recognition

**Current & Past Professional Affiliations**

American Society for Industrial Security (ASIS) International
International Association of Chiefs of Police (IACP)
International Association of Healthcare Security & Safety (IAHSS)
International Association of Campus Law Enforcement Administrators (IACLEA)
Texas Association of Licensed Investigators
Institute For Law Enforcement Administration – Center For Law Enforcement Ethics

**Representative Summary of Specialized Training & Continuing Education**

Crime Prevention Inspector School (Commercial Business and Residential Security Assessments)
    Texas State University – San Marcos, Texas

Advanced Crime Prevention School
    Texas State University – San Marcos, Texas

Crime Prevention Through Environmental Design
    University of Louisville – Louisville, Kentucky

School of Police Supervision
    Institute for Law Enforcement Administration, Center For American & International Law – Plano, Texas

Advanced Management College
    Institute for Law Enforcement Administration, Center For American & International Law – Plano, Texas

Police Instructor School
    North Central Texas Council of Governments Regional Police Academy – Arlington, Texas

Field Training Officer School
    North Central Texas Council of Governments Regional Police Academy – Arlington, Texas

Sex Crimes Investigation School
    North Central Texas Council of Governments Regional Police Academy – Arlington, Texas

Crime Scene Investigation
    North Central Texas Council of Governments Regional Police Academy – Arlington, Texas

Use of Force
    North Central Texas Council of Governments Regional Police Academy – Arlington, Texas

Child Abuse Investigation
    North Central Texas Council of Governments Regional Police Academy – Arlington, Texas

Presidential Protection Detail Training Program
    United States Secret Service – Austin, Texas

Arrest, Search & Seizure
    North Central Texas Council of Governments Regional Police Academy – Arlington, Texas

Management of Aggression, Violence, & Intoxication Instructor Program
    Texas Hospital Association – Austin, Texas

Emergency Medical Technician – Basic School
    Baylor University Medical Center – Dallas, Texas

Defensive Driving Instructor Course
    National Safety Council – Dallas, Texas

CPR Instructor Course
    American Heart Association – Dallas, Texas

Explosives Recognition & Industrial Structural Firefighting Course
    Texas Engineering Extension Service, Texas A&M – College Station, Texas

Annual International Terrorism Seminar
    North Central Texas Council of Governments Regional Police Academy – Arlington, Texas

Police Personnel Recruitment & Selection Course
    North Central Texas Council of Governments Regional Police Academy – Arlington, Texas

Healthcare Security & Safety Management
    American Society of Hospital Engineering – Manhattan Beach, California

NCIC/TCIC Policy and Procedures
    Texas Department of Public Safety – Austin, Texas

Family Violence Investigation
    Baylor Health Care System Police – Dallas, Texas

Police Cultural Diversity
    Baylor Health Care System – Dallas, Texas

Police Contemporary Issues Conference – Use of Force/Police Pursuit
    Center For American & International Law – Plano, Texas

Police Contemporary Issues Conference – Quality Management
    Center For American & International Law – Plano, Texas

Police Compstat Crime Statistics Course
    Los Angeles Police Department – Los Angeles, California

American Society for Industrial Security (ASIS) International Annual Conference
    CPP/Security Continuing Education – Las Vegas, Nevada

American Society for Industrial Security (ASIS) International Annual Conference
    CPP/Security Continuing Education – Orlando, Florida

American Society for Industrial Security (ASIS) International Annual Conference
    CPP/Security Continuing Education – San Diego, California

American Society for Industrial Security (ASIS) International Annual Conference
    CPP/Security Continuing Education – New Orleans, Louisiana

American Society for Industrial Security (ASIS) International Annual Conference
    CPP/Security Continuing Education – San Antonio, Texas

American Society for Industrial Security (ASIS) International Annual Conference
    CPP/Security Continuing Education – Dallas, Texas

International Association of Chiefs of Police Annual Conference
    Police Continuing Education – Los Angeles, California

International Association of Chiefs of Police Annual Conference
    Police Continuing Education – Salt Lake City, Utah

International Association of Chiefs of Police Annual Conference
    Police Continuing Education – Charlotte, North Carolina

International Association of Chiefs of Police Conference
    Police Continuing Education – Philadelphia, Pennsylvania

American Society for Industrial Security (ASIS) International Annual Conference
    CPP/Security Continuing Education – Los Angeles, California

Warrantless Searches
    State Bar of Texas – Dallas, Texas

The Right of Police to Investigate
    State Bar of Texas – Dallas, Texas

Police Excessive Force/Police Pursuit
    State Bar of Texas – Dallas, Texas

USA Patriot Act
    State Bar of Texas – Dallas, Texas

Consequence of Illegal Immigration/Guns, Drugs, Illegal Aliens
    State Bar of Texas – Dallas, Texas

White Collar Crime Within the Healthcare Industry
    State Bar of Texas – Dallas, Texas

White Collar Crime and Federal Investigations
    State Bar of Texas – Dallas, Texas

Internet and Computer Crimes
    State Bar of Texas – Dallas, Texas

Police Training & Governmental Liability
    State Bar of Texas – Dallas, Texas

DWI & Breath and Blood Testing
    State Bar of Texas – Dallas, Texas

Police Practices – Arrest, Search & Seizure
    State Bar of Texas – Dallas, Texas

Immigration Law Enforcement
    State Bar of Texas – Dallas, Texas

Prosecution of Criminal Cases in Corporate Environment
    State Bar of Texas – Dallas, Texas

Crime Scenes & Prosecutions
    State Bar of Texas – Dallas, Texas

Arrest, Search & Seizure – US Supreme Court Update
    State Bar of Texas – Dallas, Texas

Firearms Law
    State Bar of Texas – Dallas, Texas

Accident Reconstruction/DPS Investigations
    State Bar of Texas – Dallas, Texas

Stand Your Ground and the Use of Deadly Force
    State Bar of Texas – Dallas, Texas

Use of Force – Police Perspective
    State Bar of Texas

De-Escalation of Force
    OSS Academy-Austin, TX

Eyewitness Evidence
    OSS Academy-Austin, TX

Recording Law Enforcement Actions
    Texas Commission on Law Enforcement-Austin, TX

Human Trafficking
    Texas Commission on Law Enforcement

Advanced Human Trafficking
    OSS Academy-Austin, TX

Negotiator Tactics
    Texas Commission on Law Enforcement-Austin, TX

Civil Disturbance & Riot Control
    OSS Academy-Austin, TX