# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| ASHLEY LEFAVE, | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | C.A. No. 4:20-cv-00359 |
| | § | (JURY) |
| HARRIS COUNTY, HARRIS COUNTY | § | |
| SHERIFF'S OFFICE, and | § | |
| DEPUTY S. LEGG, Individually | § | |
| *Defendants.* | § | |

## PLAINTIFF'S TRIAL EXHIBIT LIST

| No. | Desc. | Offer | Obj. | Date Admit | Date Not Admit |
|---|---|---|---|---|---|
| 1. | Photo (HC/Lefave 548) | | | | |
| 2. | Photo Photo (HC/Lefave 549) | | | | |
| 3. | Photo (HC/Lefave 550) | | | | |
| 4. | Photo Photo (HC/Lefave 551) | | | | |
| 5. | Photo (HC/Lefave 552) | | | | |
| 6. | Photo (HC/Lefave 562) | | | | |
| 7. | Video (HC/Lefave 573) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 8. | Video #2 | | | | |
| 9. | IA 2015-00194 Records | | | | |
| 10. | IA 2017-00456 Records | | | | |
| 11. | IA 20118-00073 Records | | | | |
| 12. | IA 15-0173-0226 Records | | | | |
| 13. | IA 2015-00971 Records | | | | |
| 14. | August 2018 Suspension Letter (HC/Lefave 901-904) | | | | |
| 15. | Statement of Margaret Wood | | | | |
| 16. | Statement of Cynthia Charles | | | | |
| 17. | Stephen Legg IA File – IA 2018-00432 | | | | |
| 18. | Statement of DO Wilson | | | | |
| 19. | A. Lefave's St. Joseph's Medical records (HC/Lefave 134-376) | | | | |
| 20. | Def. Legg Sworn Statement (388-407) | | | | |
| 21. | Alex Palizo Sworn Statement | | | | |
| 22. | IA Case History Report (HC/Lefave 518) | | | | |

| 23. | Def. Legg evaluation records (HC/Lefave 576-606) | | | | |
|---|---|---|---|---|---|
| 24. | Harris County's Use of Force Policy (HC/Lefave 607-624) | | | | |
| 25. | Certified Court Documents of Lefave Dismissals | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Date: May 5, 2021

Respectfully submitted,

**ROBERTS MARKLAND LLP**

By: */s/ R. O. Cantu*
_____
Clive Markland
Federal Id. No. 585658
State Bar No. 24027475
Johnny P. Papantonakis
Federal Id. No. 30065
State Bar No. 24032729
Rob O. Cantu
Federal Id. No. 3180919
State Bar No. 24094580
2555 N. MacGregor Way
Houston, Texas 77004
713.630.0900 (Telephone)

713.630.0991 (Fax)  
cm@robertsmarkland.com  
jp@robertmarkland.com  
rc@robertsmarkland.com  

**ATTORNEYS FOR PLAINTIFF ASHLEY LEFAVE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been duly sent on May 5, 2021 to all counsel of record, as follows:

*Via CM/ECF*

Amy M. VanHoose  
Suzanne Bradley  
Harris County Attorney's Office  
1019 Congress, 15th Floor  
Houston, Texas 77002  
Amy.vanhoose@cao.hctx.net  
Suzanne.bradley@cao.hctx.net  

**Attorneys for Defendant Harris County**

/s/ R. O. Cantu  
Rob O. Cantu